UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CLAIRE MORIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. 09-12022-JLT |
| | * | |
| UNIV. OF MASSACHUSETTS, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER

April 23, 2012

TAURO, J.

After reviewing Magistrate Judge Sorokin's <u>Report and Recommendation on Plaintiff's Motion to Amend</u> [#62], <u>The Plaintiff's Objection to the Report and Recommendation to Deny the Amended Complaint</u> [#67], and the <u>Reply of Defendant University of Massachusetts to Plaintiff's Objection to the Recommendation of the Magistrate Judge to Deny Her Motion for Leave to File a Third Amended Complaint</u>, this court ACCEPTS and ADOPTS the October 31, 2011 <u>Report and Recommendation on Plaintiff's Motion to Amend</u> [#62] of Magistrate Judge Sorokin.  For the reasons set forth in the <u>Report and Recommendation</u> and Defendant University of Massachusetts's <u>Reply</u>, this court hereby orders that <u>The Plaintiff Seeks Leave to Amend the Complaint to Include Individual Defendants and Additional Charges</u> [#50] is DENIED.

Plaintiff's <u>Appeal to Vacate Judgment Denying the Motion to Compel Discovery</u> [#93] is also DENIED.

IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                             United States District Judge