UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLAIRE MORIN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action  No. 09-12022-JLT |
| | * |
| UNIV. OF MASSACHUSETTS, et. al., | * |
| | * |
| Defendants. | * |

ORDER

September 24, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the July 11, 2012 Report and Recommendation [#112] of Magistrate Judge Sorokin.  For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendants' Motion for Summary Judgment [#96] is ALLOWED.  This case is CLOSED.

IT IS SO ORDERED.

     /s/ Joseph L. Tauro
United States District Judge